

# SCHWARTZ SIMON
# EDELSTEIN CELSO & KESSLER LLC

44 WHIPPANY ROAD   SUITE 210   P.O. BOX 2355   MORRISTOWN   NEW JERSEY   07962
TEL: 973.301.0001   FAX: 973.993.3152

Lawrence S. Schwartz[PA]
Nathanya G. Simon[3]
Donald A. Kessler
Paul H. Green
Marc H. Zitomer[3]
Stefani C Schwartz[1]
Matthew I. Kane[3]
Elizabeth F. Lorell[3,9]

Stephen J. Edelstein
Nicholas Celso, III
Burton Zitomer[3,8]
Andrew B. Brown
Michael H. Cohen
Denis G. Murphy
Brad M. Kaplan[3]
David J. Ruitenberg

*Counsel*
Alan J. Schnirman
Lisa C. Wood[3]
Nuris E. Portuondo[2,5]
John E. Croot[1]
Rachel A. Davis[3]
Robert A. Bernstein[3]

Hope R. Blackburn
John G. Geppert, Jr.
Christopher R. Welgos
Patrick D. Tobia
Robin S. Ballard[4]
Ira J. Hammer[3]

*Counsel to the Firm*
Allan P. Dzwilewski
Jacob Green
Philip B. Whitcomb[5,4]
Lucille LaCosta-Davino

WWW.SSECK.COM

WRITER'S E-MAIL ADDRESS: sschwartz@sseck.com

Jacquelyn A. Pelosi[1]
David M. Farkouh[3]
John E. Horan
Katie L. Hemmendinger
Melanie J. Perez-Vellios[3]
Joshua I. Savitz[3]
Brett L. Carrick[3]
Joseph L. Roselle
Melissa A. Silver
Donald M. Nungesser
Eric I. Bucide
Joshua L. Weiner
Heidi M. F. Hanley

*of Counsel*
Glenn C. Guritzky[3]
Joan M. Damora
Scott A. Elk[3]
Miguel A. Maza[4]

David L. Blank[3]
Gregory T. Dennison[3]
Mark H. Aronowitz
Kimberly E. Knauf
Jeffrey A. Kopco[3]
Seth D. Griep
Melissa A. Natale[3]
Julia T. Segal[3,7]
Katherine A. Gilfillan[10]
Abeer Abu Judeh[3]
Christopher C. Brown
David B. Angeluzzi[11]

1- Also member of FL Bar
2- Member of FL Bar only
3- Also member of NY Bar
4- Also member of PA Bar
5- Also member of PR Bar
6- Also member of CA Bar
7- Also member of D.C. Bar
8- L.40 Qualified Mediator
9- Also member of CO Bar
10- Member of New York Bar Only
11- Also member of WI Bar

*Please Reply to Morristown Office.*

March 5, 2008

**VIA ELECTRONIC FILING and LAWYER'S SERVICE**
Honorable Patty Shwartz, U.S.M.J.
Frank R. Lautenberg U.S.P.O. & Courthouse
Room 477
P.O. Box 999
Newark, NJ  07101-0999

RE:  **Buono v. City of Newark, et al.**
    **Civil Action No.: 06-cv-3414**

Dear Judge Shwartz:

   This office represents the defendants City of Newark and City of Newark Police Department (collectively, the "City") in the referenced action. As Your Honor is aware, the parties are currently scheduled to appear before Your Honor on March 10, 2008 at 10:00 a.m. for a Pretrial Conference. The parties have conferred in anticipation of the Pretrial Conference as required by your Honor's Order dated February 13, 2008 and respectfully request the opportunity to engage in settlement discussions on March 10, 2008. Thank you for Your Honor's attention to this matter.

Respectfully submitted,

STEFANI C SCHWARTZ

SCS/nep
cc:   Jeffrey D. Catrambone, Esq. (via electronic filing)
      Ravinder S. Bhalla, Esq. (via electronic filing)