

# SCHWARTZ SIMON
# EDELSTEIN CELSO & KESSLER LLC

44 WHIPPANY ROAD   SUITE 210   P.O. BOX 2355   MORRISTOWN   NEW JERSEY   07962
TEL: 973.301.0001   FAX: 973.993.3152

| | | | | |
|---|---|---|---|---|
| Lawrence S. Schwartz[1,4] | Stephen J. Edelstein | WWW.SSECK.COM | Jacquelyn A. Pelosi[4] | David L. Blank[3] |
| Nathanya G. Simon[3] | Nicholas Celso, III | | David M. Farkouh[3] | Gregory T. Dennison[3] |
| Donald A. Kessler | Burton Zitomer[3,8] | | John E. Horan | Mark H. Aronowitz |
| Paul H. Green | Andrew B. Brown | | Katie L. Hemmendinger | Kimberly E. Knauf |
| Marc H. Zitomer[3] | Michael H. Cohen | | Melanie J. Perez-Vellios[3] | Jeffrey A. Kopco[3] |
| Stefani C Schwartz[1] | Denis G. Murphy | | Joshua I. Savitz[3] | Seth D. Griep |
| Matthew I. Kane[3] | Brad M. Kaplan[3] | | Brett L. Carrick[3] | Melissa A. Natale[3] |
| Elizabeth F. Lorell[3,9] | David J. Ruitenberg | | Joseph L. Roselle | Julia T. Segal[3,6,7] |
| | | | Melissa A. Silver | Katherine A. Gilfillan[10] |
| *Counsel* | | | Donald M. Nungesser | Abeer Abu Judeh[3] |
| Alan J. Schnirman | Hope R. Blackburn | WRITER'S E-MAIL ADDRESS: sschwartz@sseck.com | Eric I. Bueide | Christopher C. Brown |
| Lisa C. Wood[3] | John G. Geppert, Jr. | | Joshua L. Weiner | David B. Angeluzzi[11] |
| Nuris E. Portuondo[2,3] | Christopher R. Welgos | | Heidi M. F. Hanley | |
| John E. Croot[3] | Patrick D. Tobia | | | |
| Rachel A. Davis[3] | Robin S. Ballard[4] | | *of Counsel* | 1-Also member of FL Bar |
| Robert A. Bernstein[3] | Ira J. Hammer[3] | | Glenn C. Guritzky[3] | 2-Member of FL Bar only |
| | | | Joan M. Damora | 3-Also member of NY Bar |
| *Counsel to the Firm* | | | Scott A. Elk[3] | 4-Also member of PA Bar |
| Allan P. Dzwilewski | | | Miguel A. Maza[3] | 5-Also member of PR Bar |
| Jacob Green | | | | 6-Also member of CA Bar |
| Philip B. Whitcomb[3,1] | | March 5, 2008 | | 7-Also member of D.C. Bar |
| Lucille LaCosta-Davino | | | | 8-.1:40 Qualified Mediator |
| | | | | 9-Also member of CO Bar |
| | | | | 10-Member of New York Bar Only |
| | | | | 11-Also member of WI Bar |

*Please Reply to Morristown Office.*

**VIA ELECTRONIC FILING and LAWYER'S SERVICE**
Honorable Patty Shwartz, U.S.M.J.
Frank R. Lautenberg U.S.P.O. & Courthouse
Room 477
P.O. Box 999
Newark, NJ  07101-0999

RE:  **Buono v. City of Newark, et al.**
      **Civil Action No.: 06-cv-3414**

Dear Judge Shwartz:

As Your Honor is aware, this office represents the defendants City of Newark and City of Newark Police Department (collectively, the "City") in the referenced action. Enclosed please find a proposed Consent Order extending the deadline for submission of a certification identified in Your Honor's February 25, 2008 Order. Thank you for Your Honor's attention to this matter.

Respectfully submitted,

STEFANI C SCHWARTZ

SCS/nep
Enclosure

cc:   Jeffrey D. Catrambone, Esq. (via electronic filing)
      Ravinder S. Bhalla, Esq. (via electronic filing)