UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SCHWARTZ SIMON EDELSTEIN
CELSO & KESSLER LLC
44 Whippany Road, Suite 210
Morristown, New Jersey 07962
(973) 301-0001
Attorney for Defendants, City of Newark
and City of Newark Police Department

| | |
|---|---|
| ANTHONY BUONO, | |
| Plaintiff, | No. 06-CV-03414 (JCL) |
| vs. | CIVIL ACTION |
| CITY OF NEWARK, CITY OF NEWARK POLICE DEPARTMENT, and ANTHONY AMBROSE, individually and in his capacity as the Police Director and Chief of Police for the City of Newark, | **CONSENT ORDER EXTENDING TIME TO SUBMIT CERTIFICATION** |
| Defendants. | |

**THIS MATTER**, having been opened to the Court by the parties for the entry of a consent order; and for good cause shown;

**IT IS** on this 7th day of March, 2008,

**ORDERED** that this Court's February 25, 2008 order shall be amended to extend the deadline to submit a certification of Mayor Booker from March 5, 2008 to March 12, 2008; and

**ORDERED** that plaintiff shall have until March 13, 2008 to appeal this Court's February 25, 2008 order to the District Court and that consent of Plaintiff to adjourn Mayor Booker's submission of the certification is not severable from this deadline extension.

HON. KATHARINE S. HAYDEN, U.S.D.J.

{00348081; 1}

1

We consent to the form and entry
of the foregoing Order

**SCIARRA & CATRAMBONE, PC**
Attorney for Plaintiff Anthony Buono

By: _____        Dated:
    CHARLES J. SCIARRA, ESQ.

**SCHWARTZ, SIMON, EDELSTEIN,
CELSO & KESSLER, LLC**
Attorneys for Defendants City of Newark, and
Newark Police Department


By: _____        Dated:
    STEFANI C SCHWARTZ, ESQ.


**RAVINDER S. BHALLA**
Attorney for Defendant Anthony Ambrose


By: _____        Dated:
    RAVINDER S. BHALLA, ESQ.

We consent to the form and entry
of the foregoing Order

**SCIARRA & CATRAMBONE, PC**
Attorney for Plaintiff Anthony Buono

By:_____
    JEFFREY D. CATRAMBONE, ESQ.    Dated:

**SCHWARTZ, SIMON, EDELSTEIN,
CELSO & KESSLER, LLC**
Attorneys for Defendants City of Newark, and
Newark Police Department

By:_____
    STEFANI C. SCHWARTZ, ESQ.    Dated: 3/5/08

**RAVINDER S. BHALLA**
Attorney for Defendant Anthony Ambrose

By:_____
    RAVINDER S. BHALLA, ESQ.    Dated:

{00347854;1}    2

We consent to the form and entry
of the foregoing Order

**SCIARRA & CATRAMBONE, PC**
Attorney for Plaintiff Anthony Buono

By:_____
    JEFFREY D. CATRAMBONE, ESQ.    Dated:

**SCHWARTZ, SIMON, EDELSTEIN,
CELSO & KESSLER, LLC**
Attorneys for Defendants City of Newark, and
Newark Police Department

By:_____
    STEFANI C SCHWARTZ, ESQ.    Dated:

**RAVINDER S. BHALLA**
Attorney for Defendant Anthony Ambrose

By: *[signature]*
    RAVINDER S. BHALLA, ESQ.    Dated: 3/4/8