UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY BUONO, | : |
| | :     Civil Action No. 06–3414(KSH) |
|     Plaintiff, | : |
| v. | :     **ORDER ON INFORMAL APPLICATION** |
| | : |
| CITY OF NEWARK, ET AL., | : |
| | : |
|     Defendants | : |

    This matter having come before the Court by way of letter dated May 8, 2008, regarding the status of the consummation of the settlement; and the Court having conducted a telephone conference on May 15, 2008; and the defendant advising that the settlement has been approved and the personnel department has the documents related to the promotion; and the plaintiff expressing concern that the terms of the settlement had not been achieved before the expiration of the sixty-day period to reopen the case; and the Undersigned directing the plaintiff to submit a letter and proposed order requesting that the United States District Judge extend the deadline to reopen until July 15, 2008, since the last personnel action contemplated under the settlement agreement is not scheduled to occur until July 1, 2008; and the defendants having no opposition to this request; and for the reasons discussed during the telephone conference;

    IT IS ON THIS 15th day of May, 2008

    ORDERED that, no later than **May 20, 2008**, the plaintiff shall submit a letter and proposed form of Order to the Hon. Katharine S. Hayden requesting an extension of the deadline to reactive the case if the settlement is not consummated.  The decision to grant the extension rests with the United States District Judge and nothing herein governs the decision of the United States District Judge concerning the requested extension.

                                                          s/Patty Shwartz
                                                         UNITED STATES MAGISTRATE JUDGE