**SCIARRA & CATRAMBONE, LLC**
Jeffrey D. Catrambone, Esq. (JC 2870)
1130 Clifton Avenue
Suite #3 - Second Floor
Clifton, New Jersey 07013
*Attorneys for Plaintiff Anthony Buono*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY BUONO, | |
| Plaintiff, | Civil Action No.: 06-cv-03414 (KSH) |
| v. | |
| CITY OF NEWARK, *et al.* | **ORDER** |
| Defendants. | |

It having been reported to the Court that the above-captioned matter has been settled, with the parties having agreed to the principal terms of the settlement agreement at the scheduled Pretrial Conference in this matter on March 10, 2008; and

The parties subsequently having entered into and all parties having executed a written Settlement Agreement; and

Plaintiff's counsel having moved to reopen this matter to enforce the terms of the Settlement Agreement by way of letter to the Honorable Patty Shwartz, U.S.M.J., dated May 8, 2008; and

The parties having conducted a conference call with Magistrate Shwartz on May 15, 2008; and

There being no objection to the entry of the within Order; it is herein

**ORDERED** that Court's Order dated March 11, 2008 dismissing this matter without prejudice and without costs, subject to the rights of the parties upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated, is herein amended to reflect that the period by which the parties may move before the Court to enforce the terms of the Settlement Agreement is hereby extended to **July 15, 2008**. The terms of the Settlement Agreement are incorporated herein by reference and the Court shall retain jurisdiction over the Settlement Agreement to enforce its terms.

_____
**KATHARINE S. HAYDEN    U.S.D.J.**

Dated: 5/20/08

2