Lawrence S. Schwartz PA
Stephen J. Edelstein
Nathanya G. Simon³
Nicholas Celso, III
Donald A. Kessler
Burton Zitomer⁵,⁶
Paul H. Green
Andrew B. Brown
Marc H. Zitomer¹
Michael H. Cohen
Stefani C Schwartz¹
Denis G. Murphy
Matthew I. Kane¹
Brad M. Kaplan⁵
Elizabeth F. Lorell³,⁹
David J. Ruitenberg
Lisa C. Wood³,⁴
Nuris E. Portuondo²,³

*Counsel*
Alan J. Schnirman
Hope R. Blackburn
John G. Geppert, Jr.
Christopher R. Welgos
John E. Croot⁵
Patrick D. Tobia
Rachel A. Davis⁵
Robin S. Ballard⁴
Robert A. Bernstein⁴
Ira J. Hammer³
David L. Blank³
Joshua I. Savitz⁵

*Associates*
David M. Farkouh³
Gregory T. Dennison⁴
John E. Horan
Mark H. Aronowitz
Kimberly E. Knauf
Melanie J. Perez-Velhos⁵
Jeffrey A. Kopco⁵
Seth D. Griep
Brett L. Carrick³
Melissa A. Natale⁵
Joseph L. Roselle
Melissa A. Silver
Katherine A. Gilfillan⁵,¹⁰
Donald M. Nungesser⁵
Abeer Abu Judeh⁵
Christopher C. Brown
Joshua L. Weiner⁴
David B. Angeluzzi⁶
Mitchel Tarter³
Nicholas D. Bliablias
Jennifer Paganucci
Joyce Raspa-Gore³
Nicholas J. Dotoli³
Sandra D. Woolcock⁴
Andrew W. Li

*Counsel to the Firm*
Allan P. Dzwilewski
Martin R. Pachman³
Jacob Green
Philip B. Whitcomb³,³
Lucille LaCosta-Davino

*Of Counsel*
Glenn C. Guritzky⁵
Joan M. Damora
Heidi M. F. Hanley
Scott A. Elk²
Miguel A. Maza⁵

1-Also member of FL Bar
2-Member of FL Bar only
3-Also member of NY Bar
4-Also member of PA Bar
5-Also member of PR Bar
6-Also member of WI Bar
7-Also member of D.C. Bar
8-1:40 Qualified Mediator
9-Also member of CO Bar
10-Also member of MA Bar



**Schwartz Simon Edelstein Celso & Kessler** LLC
ATTORNEYS AT LAW

44 Whippany Road ■ Suite 210 ■ P.O. Box 2355 ■ Morristown, New Jersey 07962
Tel: 973.301.0001 ■ Fax: 973.993.3152 ■ www.sseck.com
Please Reply to Morristown Office

Newark Office:
45 Bleeker Street
Newark, New Jersey
07102
973.623.6838

New York Office:
845 Third Avenue
17th Floor
New York, New York
10022
212.752.5258

July 9, 2008

sschwartz@sseck.com

**VIA ELECTRONIC FILING**

Honorable Patty Shwartz, U.S.M.J.
Frank R. Lautenberg U.S.P.O. & Courthouse
Room 477
P.O. Box 999
Newark, NJ  07101-0999

      RE:    **Buono v. City of Newark, et al.**
                **Civil Action No.: 06-cv-3414**

Dear Judge Shwartz:

     As Your Honor is aware, this office represents the defendants City of Newark and City of Newark Police Department (collectively, the "City") in the referenced action. We write, jointly with plaintiff Anthony Buono ("Plaintiff"), through his attorney, Jeffrey D. Catrambone, to request an in-person conference with Your Honor on Monday, July 14, 2008, late afternoon. The City and Plaintiff need the Court's assistance to resolve some documentary issues incident to the New Jersey Department of Personnel, necessary to finalize the settlement of this Action.

                                          Respectfully submitted,

                                          Schwartz Simon
                                          Edelstein Celso & Kessler LLC

                                          STEFANI C SCHWARTZ
                                          A Member Of The Firm

SCS/nep
cc:    Jeffrey D. Catrambone, Esq. (via electronic filing)

{00367582; 1}