LAW OFFICES

# RAVINDER S. BHALLA

33-41 NEWARK STREET, SUITE 4A

HOBOKEN, NEW JERSEY 07030

(201) 610-9010

FAX (201) 610-9030

www.rsblawfirm.com

RAVINDER S. BHALLA
ALEXANDER O. BENTSEN
———
MEMBERS NEW YORK
& NEW JERSEY BARS

NEWARK OFFICE
744 BROAD STREET, SUITE 1903
NEWARK, NEW JERSEY 07102
(973) 693-0011
FAX (973) 693-0065

July 10, 2008

*Via electronic filing*

Honorable Patty Schwartz, U.S.M.J.
United States District Court
District of New Jersey
USPO & Courthouse Building, Room 477
Newark, New Jersey 07101

    Re:    **Buono v. City of Newark & Anthony Ambrose**
              **Docket #: 06-cv-03414 (KSH)(PS)**

Dear Judge Schwartz:

    I represent Defendant, Anthony Ambrose, in the above-referenced matter, and recently received notice of a request from counsel for the City of Newark for a court conference to discuss paperwork issues regarding the settlement in this matter.

    As these issues are not relevant to my client in any manner, I am writing to respectfully request that I be excused from participating in the court conference. I have conferred with counsel for the City of Newark and counsel for Plaintiff, Anthony Buono, and both have indicated their consent to this request.

    Your Honor's attention to this matter is appreciated.

                                  Respectfully submitted,

                                  Ravi S. Bhalla

cc:    Nuris Portuondo, Esq. (via electronic filing)
        Jeffrey Catrambone, Esq. (via electronic filing)