UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY BUONO, <br><br> Plaintiff, <br> v. <br><br> CITY OF NEWARK, ET AL., <br><br> Defendants | Civil Action No. 06-3414(KSH) <br><br><br><br><br> CONSENT ORDER |

This matter having come before the Court by way of joint application for the entry of a consent judgment directing the reinstatement of the plaintiff to the position of Senior Lieutenant Step Four Level;

and the parties representing that the reinstatement will thereafter enable the plaintiff to be eligible for promotion to the position of Captain, Step Three Level and that such promotion has been agreed to by the parties pursuant to a Settlement Agreement dated March 10, 2008;

and the parties representing that the promotion does not impact the eligibility of any other person for the position;

and the Court otherwise leaving to the discretion of the defendants City of Newark and City of Newark Police Department and the Department of Personnel how to effectuate this relief, which plaintiff specifically requested in his Complaint and which could have been granted had the plaintiff prevailed at trial;

and the plaintiff's remedies being otherwise limited by the terms of the Settlement Agreement;

and for good cause shown,

IT IS ON THIS 14th day of July, 2008

ORDERED that the defendants City of Newark and City of Newark Police Department shall reinstate the plaintiff to Senior Lieutenant Step Four Level and promote the plaintiff to the rank of Captain, Step Three, Level, and shall take whatever steps necessary to effectuate the plaintiff's reinstatement and promotion to the rank of Captain, Step Three Level.

HON. KATHARINE S. HAYDEN
United States District Judge

We consent to the form and entry of this Order

Sciarra & Catrambone, P.C.
Attorney for Plaintiff Anthony Buono

By: _____

SCHWARTZ, SIMON, EDELSTEIN,
CELSO & KESSLER, LLC
Attorneys for Defendants City of Newark and
Newark Police Department

By: _____
Nuris Portuondo

RAVINDER S. BAHLLA
Attorney for Defendant Anthony Ambrose

By: _____